IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-CV-00403-REB-MJW

ALISA TROWELL,

Plaintiff,

v.

ARAPAHOE HOUSE, INC., et al.,

Defendants.

---

MINUTE ORDER

---

Entered by Magistrate Judge Michael J. Watanabe

It is hereby **ORDERED** that Defendants' Unopposed Motion to File Response Under Seal (docket no. 69) is **GRANTED.**  Defendants' Response to Plaintiff's Motion to Enforce Settlement shall be **SEALED** until further order of court.

It is **FURTHER ORDERED** that Plaintiff's Unopposed Motion to Seal Document (docket no. 73) is **GRANTED.**  Plaintiff's Reply to Defendants' Response to Plaintiff's Motion to Enforce Settlement shall be **SEALED** until further order of court.

It is hereby **FURTHER ORDERED** that Plaintiff's Motion to Enforce Settlement (Filed Under Seal) (docket no. 68) is **GRANTED** as follows.

> This court reviewed, *in camera*, the record made at the Settlement Conference conducted by this court on June 21, 2005.  After reviewing the record made in open court, the court finds that the parties agreed to the following language to be included in the settlement documents: **"The case has been resolved."** Accordingly, the confidentiality paragraph of the settlement documents shall reflect the language **"The case has been resolved"** and **not** "My lawyer has instructed me that I may not comment" or "The matter is settled."   Each party shall pay their own attorney fees and costs for this motion.

Date: July 26, 2005