**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Case No.  04-cv-0403-REB-MJW

ALISA TROWELL,

      Plaintiff,

v.

ARAPAHOE HOUSE, INC.,
SYLVIA FRANCIS, and
VIRGINIA A. LEE,

      Defendants.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The parties have filed a **Stipulation of Dismissal With Prejudice** [#80], on

August 10, 2005.  After careful review of the stipulation and the file, the court has

concluded that the stipulation should be approved and this action be dismissed with

prejudice.

      **THEREFORE IT IS ORDERED** as follows:

      1.  That the **Stipulation of Dismissal With Prejudice** [#80], filed on August 10,

2005, is **APPROVED**;

      2.  That this action is **DISMISSED WITH PREJUDICE**, each party to pay their

own attorney fees and costs; and

3.  That the trial preparation conference set for September 23, 2005, and the jury

trial set to commence September 26, 2005, are **VACATED**.

Dated this 10th day of August, 2005, at Denver, Colorado.

BY THE COURT:


s/ Robert E. Blackburn
Robert E. Blackburn
United States District Judge